Argued September 22, affirmed September 22, 1971

## STATE OF OREGON, *Respondent, v.* ALFRED LEE ROWE, *Appellant.*

488 P2d 859

*Robert L. Abel,* Salem, argued the cause and filed the brief for appellant.

*Gary D. Gortmaker,* District Attorney, Salem, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Foley and Fort, Judges.

AFFIRMED FROM THE BENCH.